# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 11, 2025

Adrian Phillip Sulser
BUCKLEY & BUCKLEY
Suite 401
10805 Sunset Office Drive
Saint Louis, MO  63127

RE:  25-2370  Linda Glenn, et al v. 23andMe Holding Co.

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court. This case will be consolidated with 25-2361 People of State of California v. 23andMe Holding Co. to the extent possible for the purposes of briefing and submission to the court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

RDB

Enclosure(s)

cc:     Paul M. Basta
       Martin John Buckley
       William A. Clareman
       Clerk, U.S. District Court, Eastern District of Missouri
       Jackson Gilkey
       Christopher Hopkins
       Jeffrey J. Recher
       Thomas H. Riske
       John Talbot Sant
       Nathan R. Wallace

District Court/Agency Case Number(s): 4:25-cv-00999-MTS

**Caption For Case Number: 25-2370**

In re: 23andMe Holding Co.

        Debtor

------------------------------

The People of the State of California; Official Committee of Unsecured Creditors; Center for Applied Values and Ethics in Advancing Technology (CAVEAT)

JD Linda MacDonald Glenn; Alexander M. Capron; EdD, MS Camille Nebeker; JD, MPH Nanette Elster; Arthur L. Caplan; Ph.D. Paul Root Wolpe; JD Kayte Spector-Bagdady; MD Robert Cook-Deegan; Andrea Downing; PhD Lisa A. Berkley; Elizabeth Dreicer

        Appellants

v.

23andMe Holding Co., doing business as VG Acquisition Corp.

        Appellee

**Addresses For Case Participants:   25-2370**

Adrian Phillip Sulser
BUCKLEY & BUCKLEY
Suite 401
10805 Sunset Office Drive
Saint Louis, MO  63127

Paul M. Basta
PAUL & WEISS
1285 Avenue of the Americas
New York, NY  10019-6064

Martin John Buckley
BUCKLEY & BUCKLEY
Suite 401
10805 Sunset Office Drive
Saint Louis, MO  63127

William A. Clareman
PAUL & WEISS
1285 Avenue of the Americas
New York, NY  10019-6064

Clerk, U.S. District Court, Eastern District of Missouri
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Jackson Gilkey
CARMODY & MACDONALD
Suite 1800
120 S. Central Avenue
Saint Louis, MO  63105-0000

Christopher Hopkins
PAUL & WEISS
1285 Avenue of the Americas
New York, NY  10019-6064

Jeffrey J. Recher
PAUL & WEISS
1285 Avenue of the Americas
New York, NY  10019-6064

Thomas H. Riske
CARMODY & MACDONALD
Suite 1800
120 S. Central Avenue
Saint Louis, MO  63105-0000

John Talbot Sant
BECK & SANT
Suite 216
11775 Borman Drive
Maryland Heights, MO  63146

Nathan R. Wallace
CARMODY & MACDONALD
Suite 1800
120 S. Central Avenue
Saint Louis, MO  63105-0000