# U.S. District Court
# Eastern District of Missouri (St. Louis)
# CIVIL DOCKET FOR CASE #: <u>4:25–cv–00999–MTS</u>
# *Internal Use Only*

The People of the State of California v. 23andMe Holding Co.
Assigned to: District Judge Matthew T. Schelp
Member cases:

    4:25–cv–01001–MTS

    4:25–cv–01002–MTS

Case in other court:  U.S. Bankruptcy Court, Eastern District of
        MO, 25–40976

Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 07/07/2025
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal
(801)
Jurisdiction: Federal Question

**<u>Appellant</u>**

| | | |
|---|---|---|
| **The People of the State of California** | represented by | **Bernard Ardavan Eskandari**<br>ATTORNEY GENERAL OF<br>CALIFORNIA – Los Angeles<br>300 S. Spring Street<br>Suite 1702<br>Los Angeles, CA 90013<br>213–269–6348<br>Email: <u>bernard.eskandari@doj.ca.gov</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: State / Local Government*<br>*Bar Status: Gov* |
| | | **Daniel M. Nadal**<br>ATTORNEY GENERAL OF<br>CALIFORNIA – San Diego<br>600 W. Broadway<br>Suite 1800<br>San Diego, CA 92101<br>619–738–9740<br>Email: <u>daniel.nadal@doj.ca.gov</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Status: Gov* |

V.

**<u>Appellee</u>**

| | | |
|---|---|---|
| **23andMe Holding Co.**<br>*doing business as*<br>VG Acquisition Corp. | represented by | **Christopher Hopkins**<br>PAUL WEISS LLP – New York<br>1285 Avenue of the Americas<br>New York, NY 10019–6064 |

212–373–3000
Email: chopkins@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Jackson J. Gilkey**
CARMODY MACDONALD PC – St
Louis
120 S. Central Avenue
Suite 1800
St. Louis, MO 63105
314–854–8600
Fax: 314–854–8660
Email: jjg@carmodymacdonald.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Jeffrey Recher**
PAUL WEISS LLP – New York
1285 Avenue of the Americas
New York, NY 10019–6064
212–373–3000
Email: jrecher@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Nathan R. Wallace**
CARMODY MACDONALD PC – St
Louis
120 S. Central Avenue
Suite 1800
St. Louis, MO 63105
314–854–8600
Fax: 314–854–8660
Email: nrw@carmodymacdonald.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Paul M. Basta**
PAUL WEISS LLP
1285 Avenue of the Americas
New York, NY 10019
Email: pbasta@paulweiss.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status:*

**Thomas H Riske**
CARMODY MACDONALD PC – St
Louis
120 S. Central Avenue
Suite 1800
St. Louis, MO 63105
314−854−8600
Fax: 314−854−8660
Email: thr@carmodymacdonald.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**William A. Clareman**
PAUL WEISS LLP – New York
1285 Avenue of the Americas
New York, NY 10019−6064
212−373−3000
Email: wclareman@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Debtor**

**23andMe Holding Co.**                   represented by   **Christopher Hopkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Jeffrey Recher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**William A. Clareman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Interested Party**

**JMB Capital Partners Lending, LLC**     represented by   **Jeffrey J. Kalinowski**
NORTON ROSE FULBRIGHT US LLP –
St. Louis
7676 Forsyth Boulevard
Suite 2230
St. Louis, MO 63105
314–505–8823
Email: jeff.kalinowski@nortonrosefulbright.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Joshua M. Watts**
NORTON ROSE FULBRIGHT US LLP –
St. Louis
7676 Forsyth Boulevard
Suite 2230
St. Louis, MO 63105
636–795–1515
Email: josh.watts@nortonrosefulbright.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**James A. Copeland**
NORTON ROSE FULBRIGHT US LLP –
New York
1301 Avenue of the Americas
New York, NY 10019
212–408–5100
Fax: 212–541–5369
Email: james.copeland@nortonrosefulbright.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Interested Party**

**TTAM Research Institute**     represented by   **Barbara A. Smith**
BRYAN CAVE LLP – St. Louis
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102
314–259–2367
Fax: 314–552–8367
Email: barbara.smith@bclplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**David M. Unseth**
BRYAN CAVE LLP – St. Louis
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102
314–259–2000
Email: dmunseth@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Joseph Oliver Larkin**
SKADDEN ARPS LLP – Wilmington
920 N. King Street
7th Floor
Wilmington, DE 19801
302–651–3000
Email: joseph.larkin@skadden.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Katherine Elizabeth Spewak**
BRYAN CAVE LLP – St. Louis
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102
314–259–2000
Email: Katie.spewak@bclplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**<u>Consolidated Filer Plaintiff</u>**

**Official Committee of Unsecured Creditors**        represented by   **J. Vincent Keady , Jr.**
STINSON LLP – St. Louis
7700 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105
314–863–0800
Fax: 314–863–9388
Email: vincent.keady@stinson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Jason R. Adams**
KELLEY DRYE LLP – New York
3 World Trade Center
175 Greenwich Street
New York, NY 10007
212–808–5056
Fax: 212–808–7897
Email: jadams@kelleydrye.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Maeghan J. McLoughlin**
KELLEY DRYE LLP – New York
3 World Trade Center
175 Greenwich Street
New York, NY 10007
212–808–7911
Fax: 212–808–7897
Email: mmcloughlin@kelleydrye.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Nicholas J. Zluticky**
STINSON LLP – Kansas City
1201 Walnut Street
Suite 2900
Kansas City, MO 64106
816–842–8600
Fax: 816–691–3495
Email: nicholas.zluticky@stinson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Miranda Swift**
STINSON LLP – Kansas City
1201 Walnut Street
Suite 2900
Kansas City, MO 64106
816–691–3386
Email: Miranda.Swift@stinson.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Consolidated Filer Plaintiff**

| | | |
|---|---|---|
| **Center for Applied Values and Ethics in Advancing Technology (CAVEAT)** | represented by | **John Talbot Sant , Jr.**<br>BECK AND SANT LLC<br>11775 Borman Drive<br>Suite 216<br>Maryland Heights, MO 63146<br>636–240–3632<br>Fax: 636–240–6803<br>Email: tal@beckandsantlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Status: Active* |
| | | **Martin J. Buckley**<br>BUCKLEY ENGELBART AND CHAPELL LLC<br>10805 Sunset Office Drive<br>Suite 401<br>St. Louis, MO 63127<br>314–621–3434<br>Fax: 314–621–3485<br>Email: mbuckley@buckleylawllc.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Status: Active* |
| | | **Adrian P. Sulser**<br>BUCKLEY AND BUCKLEY<br>800 Market Street<br>Suite 2900<br>St. Louis, MO 63101–2509<br>314–621–3434<br>Fax: 314–621–3485<br>Email: sulser@buckleylawllc.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation:*<br>*Bar Status: Active* |

**Consolidated Filer Plaintiff**

| | | |
|---|---|---|
| **Linda MacDonald Glenn, JD** | represented by | **John Talbot Sant , Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Status: Active* |
| | | **Martin J. Buckley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

*Bar Status: Active*

**Adrian P. Sulser**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation:*
*Bar Status: Active*

**Consolidated Filer Plaintiff**

**Alexander M. Capron**                    represented by    **John Talbot Sant , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Martin J. Buckley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Adrian P. Sulser**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation:*
*Bar Status: Active*

**Consolidated Filer Plaintiff**

**Camille Nebeker, EdD, MS**              represented by    **John Talbot Sant , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Martin J. Buckley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Adrian P. Sulser**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation:*
*Bar Status: Active*

**Consolidated Filer Plaintiff**

**Nanette Elster, JD, MPH**  represented by  **John Talbot Sant , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Martin J. Buckley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Adrian P. Sulser**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation:*
*Bar Status: Active*

**Consolidated Filer Plaintiff**

**Arthur L. Caplan**  represented by  **John Talbot Sant , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Martin J. Buckley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Adrian P. Sulser**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation:*
*Bar Status: Active*

**Consolidated Filer Plaintiff**

**Paul Root Wolpe, Ph.D.**  represented by  **John Talbot Sant , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Martin J. Buckley**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Adrian P. Sulser**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation:*
*Bar Status: Active*

**Consolidated Filer Plaintiff**

**Kayte Spector–Bagdady, JD**     represented by     **John Talbot Sant , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Martin J. Buckley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Adrian P. Sulser**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation:*
*Bar Status: Active*

**Consolidated Filer Plaintiff**

**Robert Cook–Deegan, MD**     represented by     **John Talbot Sant , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Martin J. Buckley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Adrian P. Sulser**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation:*

*Bar Status: Active*

**Consolidated Filer Plaintiff**

**Andrea Downing**                    represented by   **John Talbot Sant , Jr.**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Retained*
                                                    *Bar Status: Active*

                                                    **Martin J. Buckley**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Retained*
                                                    *Bar Status: Active*

                                                    **Adrian P. Sulser**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation:*
                                                    *Bar Status: Active*

**Consolidated Filer Plaintiff**

**Lisa A. Berkley, PhD**              represented by   **John Talbot Sant , Jr.**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Retained*
                                                    *Bar Status: Active*

                                                    **Martin J. Buckley**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Retained*
                                                    *Bar Status: Active*

                                                    **Adrian P. Sulser**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation:*
                                                    *Bar Status: Active*

**Consolidated Filer Plaintiff**

**Elizabeth Dreicer**                 represented by   **John Talbot Sant , Jr.**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Retained*
                                                    *Bar Status: Active*

**Martin J. Buckley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Adrian P. Sulser**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation:*
*Bar Status: Active*

Email All Attorneys
(will not send to terminated parties)

Email All Attorneys and Additional Recipients
(will not send to terminated parties)

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2025 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 25–40976. by Appellant The People of the State of California. (Attachments: # 1 ECF No. 910: Order (I) Approving (A) the Debtors Entry into the Sale Transaction Documents, (B) The Sale to the Purchaser of the Acquired Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, and (C) The Assumption and Assignment of Certain Executory Contracts and Unexpired, # 2 ECF No. 909: Order Addressing Objections to Proposed Sale and Related Matters, # 3 ECF No. 908: Memorandum Opinion)(JWD) (Entered: 07/07/2025) |
| 07/07/2025 | | Transmission of Bankruptcy Appeal Record. Documents listed below may be viewed at  [Bankruptcy Court Pacer] (RE: related document(s) 908 Opinion, 909 Order (Generic), 910 Order on Chapter 11 First Day Motion, 932 Notice of Appeal and Statement of Election filed by Interested Party The People of the State of California) (JWD) (Entered: 07/07/2025) |
| 07/07/2025 | 2 | Electronic Notice – Application for Admission needed as to Paul M. Basta. Review of case shows that Attorney Paul M. Basta is not currently a member of our Bar. For instructions on applying for bar admission or moving for pro hac vice admission, please follow the instructions located on our website at https://www.moed.uscourts.gov under the Attorney tab. Notice only, no.pdf attached. (JWD) (Entered: 07/07/2025) |
| 07/07/2025 | 3 | Electronic Notice – Application for Admission needed as to Christopher Hopkins. Review of case shows that Attorney Christopher Hopkins is not currently a member of our Bar. For instructions on applying for bar admission or moving for pro hac vice admission, please follow the instructions located on our website at https://www.moed.uscourts.gov under the Attorney tab. Notice only, no.pdf attached. (JWD) (Entered: 07/07/2025) |
| 07/07/2025 | 4 | Electronic Notice – Application for Admission needed as to William A. Clareman. Review of case shows that Attorney William A. Clareman is not currently a member of our Bar. For instructions on applying for bar admission or moving for pro hac vice |

| | | |
|---|---|---|
| | | admission, please follow the instructions located on our website at https://www.moed.uscourts.gov under the Attorney tab. Notice only, no.pdf attached. (JWD) (Entered: 07/07/2025) |
| 07/07/2025 | 5 | Electronic Notice – Application for Admission needed as to Jeffrey Recher. Review of case shows that Attorney Jeffrey Recher is not currently a member of our Bar. For instructions on applying for bar admission or moving for pro hac vice admission, please follow the instructions located on our website at https://www.moed.uscourts.gov under the Attorney tab. Notice only, no.pdf attached. (JWD) (Entered: 07/07/2025) |
| 07/07/2025 | | Case Opening Notification. Judge Assigned: Honorable Matthew T. Schelp. Pursuant to Local Rule 2.09, every nongovernmental corporate party or nongovernmental corporation that seeks to intervene in any case, and every party or intervenor in an action in which jurisdiction is based upon diversity, must file a Disclosure Statement immediately upon entering its appearance in the case. Please complete and file the certificate as soon as possible.  (moed–0001.pdf). (JWD) (Entered: 07/07/2025) |
| 07/07/2025 | 6 | CASE MANAGEMENT ORDER – TRACK 4: BANKRUPTCY APPEAL This case is assigned to Track: 4. Dispositive Motions due by 7/17/2025. (JWD) (Entered: 07/07/2025) |
| 07/07/2025 | 7 | DECLARATION filed by Appellant The People of the State of California *Declaration of Daniel M.B. Nadal in support of Emergency Motion for Stay Pending Appeal*. (Attachments: # 1 Exhibit Ex A – Bkr Dkt 908 – Memorandum Opinion, # 2 Exhibit Ex B – Bkr Dkt 909 – Order Addressing Objections to Proposed Sale and Related, # 3 Exhibit Ex C – Bkr Dkt 910 – Sale Order, # 4 Exhibit Ex D – Bkr Dkt 30 – Debtors' First Day Motion to Sell, # 5 Exhibit Ex E – Bkr Dkt 125 – Bidding Procedures Order, # 6 Exhibit Ex F – Bkr Dkt 657 – Order Establishing Final Proposals, # 7 Exhibit Ex G – Bkr Dkt 420 – Debtors' Notice of Successful and Backup Bidders, # 8 Exhibit Ex H – Bkr Dkt 683 – The People's Objection, # 9 Exhibit Ex I – Bkr Dkt 739 – Notice of Winning Bidder, # 10 Exhibit Ex J – Bkr Dkt 746 – Debtors' Adjournment and Equity Toggle Election, # 11 Exhibit Ex K – Bkr Dkt 769 – People's Suppl. Objection, # 12 Exhibit Ex L – Bkr Dkt 771 – Debtor's Omnibus Reply, # 13 Exhibit Ex M – Excerpts from Hr'g Tr. for 06–18–2025, # 14 Exhibit Ex N – Bkr Dkt 945 – People's Motion for Stay Pending Appeal, # 15 Exhibit Ex O – Bkr Dkt 959 – Order on California's Motion for Stay Pending Appeal)(Nadal, Daniel) (Entered: 07/07/2025) |
| 07/07/2025 | 8 | Emergency MOTION to Stay *Pending Appeal* by Appellant The People of the State of California. (Nadal, Daniel) (Entered: 07/07/2025) |
| 07/07/2025 | 9 | ENTRY of Appearance by Bernard Ardavan Eskandari for Appellant The People of the State of California. (Eskandari, Bernard) (Entered: 07/07/2025) |
| 07/07/2025 | 10 | ORDER: IT IS HEREBY ORDERED that Appellant The People of the State of California's Emergency Motion for a Stay Pending Appeal, Doc. 8 , is GRANTED. IT IS FURTHER ORDERED that an in–person hearing will be held in this matter on Thursday, July 10, 2025, at 2:00 p.m., in Courtroom Sixteen South (16–S) of the Thomas F. Eagleton United States Courthouse. ( In Court Hearing set for 7/10/2025 02:00 PM in Courtroom 16S – St. Louis before District Judge Matthew T. Schelp.) Signed by District Judge Matthew T. Schelp on July 7, 2025. (BRP) (Entered: 07/07/2025) |
| 07/08/2025 | 11 | Emergency MOTION to Consolidate Cases Consolidate with higher case number 25cv1001 and 25cv1002 by Interested Party Center for Applied Values and Ethics in |

| | | |
|---|---|---|
| | | Advancing Technology (CAVEAT). (Sant, John) (Entered: 07/08/2025) |
| 07/08/2025 | 12 | ENTRY of Appearance by Joshua M. Watts for Interested Party JMB Capital Partners Lending, LLC. (Watts, Joshua) (Entered: 07/08/2025) |
| 07/08/2025 | 13 | ENTRY of Appearance by Nicholas J. Zluticky for Interested Party Official Committee of Unsecured Creditors. (Zluticky, Nicholas) (Entered: 07/08/2025) |
| 07/08/2025 | 14 | NOTICE Errata to Emergency Motion: by Appellant The People of the State of California (Nadal, Daniel) (Entered: 07/08/2025) |
| 07/08/2025 | 15 | MEMORANDUM in Support of Motion re 11 Emergency MOTION to Consolidate Cases Consolidate with higher case number 25cv1001 and 25cv1002 filed by Interested Party Center for Applied Values and Ethics in Advancing Technology (CAVEAT). (Sant, John) (Entered: 07/08/2025) |
| 07/08/2025 | 24 | ORDER: IT IS HEREBY ORDERED that the Emergency Motion to Consolidate, Doc. 11 , is GRANTED. See E.D. Mo. L.R. 4.03. IT IS FURTHER ORDERED that the following civil matters, Center for Applied Values and Ethics in Advanced Technologies et al v. 23andMe Holding Co., 4:25−cv−01001−SEP and Center for Applied Values and Ethics in Advanced Technologies et al v. 23andMe Holding Co., 4:25−cv−01002−SEP, are CONSOLIDATED with this matter before the undersigned. IT IS FURTHER ORDERED that all future documents in these consolidated cases shall be filed in this matter. IT IS FINALLY ORDERED that the Clerk of Court is respectfully directed to file a copy of this Order in each of the above consolidated cases. Signed by District Judge Matthew T. Schelp on July 8, 2025. (BRP) Modified on 7/10/2025 (ANR). (Entered: 07/09/2025) |
| 07/09/2025 | 16 | Corrected MEMORANDUM in Support of Motion re 11 Emergency MOTION to Consolidate Cases Consolidate with higher case number 25cv1001 and 25cv1002 filed by Interested Party Center for Applied Values and Ethics in Advancing Technology (CAVEAT). (Sant, John) Modified on 7/10/2025 (ANR). (Entered: 07/09/2025) |
| 07/09/2025 | 17 | ENTRY of Appearance by Jeffrey J. Kalinowski for Interested Party JMB Capital Partners Lending, LLC. (Kalinowski, Jeffrey) (Entered: 07/09/2025) |
| 07/09/2025 | 18 | ENTRY of Appearance by Miranda Swift for Interested Party Official Committee of Unsecured Creditors. (Swift, Miranda) (Entered: 07/09/2025) |
| 07/09/2025 | 19 | MOTION for Leave to Appear Pro Hac Vice James A. Copeland. The Certificate of Good Standing was attached.(Filing fee $150 receipt number AMOEDC−11355400) by Interested Party JMB Capital Partners Lending, LLC. (Attachments: # 1 Certificate of Good Standing Certificate of Good Standing)(Copeland, James) (Entered: 07/09/2025) |
| 07/09/2025 | 20 | ENTRY of Appearance by David M. Unseth for Interested Party TTAM Research Institute. (Unseth, David) (Entered: 07/09/2025) |
| 07/09/2025 | 21 | ENTRY of Appearance by Katherine Elizabeth Spewak for Interested Party TTAM Research Institute. (Spewak, Katherine) (Entered: 07/09/2025) |
| 07/09/2025 | 22 | ENTRY of Appearance by Barbara A. Smith for Interested Party TTAM Research Institute. (Smith, Barbara) (Entered: 07/09/2025) |
| 07/09/2025 | 23 | ENTRY of Appearance by John Talbot Sant, Jr for Interested Party Center for Applied Values and Ethics in Advancing Technology (CAVEAT). (Sant, John) (Entered: |

| | | 07/09/2025) |
|---|---|---|
| 07/09/2025 | 25 | RESPONSE to Motion re 8 Emergency MOTION to Stay *Pending Appeal* filed by Interested Party TTAM Research Institute. (Attachments: # 1 Exhibit California Motion to Stay, # 2 Exhibit July 7, 2025 Hearing Transcript, # 3 Exhibit Proof of Claim No. 6440, # 4 Exhibit June 18, 2025 Hearing Transcript, # 5 Exhibit Order Approving Sale, # 6 Exhibit June 20, 2025 Hearing Transcript, # 7 Exhibit TTAM APA)(Spewak, Katherine) (Entered: 07/09/2025) |
| 07/09/2025 | 26 | MOTION for Leave to Appear Pro Hac Vice Joseph O. Larkin. The Certificate of Good Standing was attached.(Filing fee $150 receipt number AMOEDC−11356412) by Interested Party TTAM Research Institute. (Attachments: # 1 Certificate of Good Standing Certificate of Good Standing)(Larkin, Joseph) (Entered: 07/09/2025) |
| 07/09/2025 | 27 | ENTRY of Appearance by J. Vincent Keady, Jr for Consolidated Filer Official Committee of Unsecured Creditors. (Keady, J.) (Entered: 07/09/2025) |
| 07/09/2025 | 28 | MOTION for Leave to Appear Pro Hac Vice Jason R. Adams. The Certificate of Good Standing was attached.(Filing fee $150 receipt number AMOEDC−11356664) by Consolidated Filer Official Committee of Unsecured Creditors. (Attachments: # 1 Certificate of Good Standing)(Adams, Jason) (Entered: 07/09/2025) |
| 07/09/2025 | 29 | Docket Text ORDER Re: 26 Motion for Leave to Appear Pro Hac Vice Joseph O. Larkin. The Certificate of Good Standing was attached.(Filing fee $150 receipt number AMOEDC−11356412) by Interested Party TTAM Research Institute; 19 Motion for Leave to Appear Pro Hac Vice James A. Copeland. The Certificate of Good Standing was attached.(Filing fee $150 receipt number AMOEDC−11355400) by Interested Party JMB Capital Partners Lending, LLC; 28 Motion for Leave to Appear Pro Hac Vice Jason R. Adams. The Certificate of Good Standing was attached.(Filing fee $150 receipt number AMOEDC−11356664) by Consolidated Filer Official Committee of Unsecured Creditors ; ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 07/09/2025. (KCD) (Entered: 07/09/2025) |
| 07/09/2025 | 30 | ORDER: IT IS HEREBY ORDERED that the public will be able to listen to the audio of the hearing being held on July 10, 2025, at 2:00 p.m., CT, in Courtroom 16−South of the Thomas F. Eagleton United States Courthouse, in St. Louis, Missouri, concerning the People of the State of California's Motion for a Stay Pending Appeal, on the Court's YouTube channel. Members of the public may access the Court's YouTube channel at https://www.youtube.com/c/USCourtsMOED. Pursuant to E.D. Mo. L.R. 13.02, all means of photographing, recording, broadcasting, and televising this hearing are prohibited. Accordingly, audio of the proceeding, in full or in part, may not be recorded, broadcasted, or televised. Signed by District Judge Matthew T. Schelp on July 9, 2025. (BRP) (Entered: 07/09/2025) |
| 07/09/2025 | 31 | ENTRY of Appearance by Thomas H Riske for Appellee 23andMe Holding Co.. (Riske, Thomas) (Entered: 07/09/2025) |
| 07/09/2025 | 32 | ENTRY of Appearance by Nathan R. Wallace for Appellee 23andMe Holding Co.. (Wallace, Nathan) (Entered: 07/09/2025) |
| 07/09/2025 | 33 | Corporate Disclosure Statement by Appellee 23andMe Holding Co.. (Wallace, Nathan) Modified on 7/10/2025 − changed from motion to DOIC (ANR). (Entered: 07/09/2025) |
| 07/09/2025 | 34 | |

| | | |
|---|---|---|
| | | MOTION for Leave to Appear Pro Hac Vice Maeghan J. McLoughlin. The Certificate of Good Standing was attached.(Filing fee $150 receipt number AMOEDC–11356812) by Consolidated Filer Official Committee of Unsecured Creditors. (Attachments: # 1 Certificate of Good Standing)(McLoughlin, Maeghan) (Entered: 07/09/2025) |
| 07/09/2025 | 35 | RESPONSE in Opposition re 1 Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 25–40976. *to the People of the State of California's Emergency Motion for a Stay Pending Appeal* filed by Appellee 23andMe Holding Co.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit G, # 7 Exhibit H, # 8 Exhibit I, # 9 Exhibit J, # 10 Exhibit K)(Wallace, Nathan) (Entered: 07/09/2025) |
| 07/09/2025 | 36 | SUPPLEMENTAL re 35 Response in Opposition to Motion, *//Exhibit F to Response* by Appellee 23andMe Holding Co.. (Riske, Thomas) Modified on 7/10/2025 (ANR). (Entered: 07/09/2025) |
| 07/09/2025 | 37 | NOTICE Errata to Memorandum in Support of Emergency Motion: by Consolidated Filers Lisa A. Berkley, PhD, Arthur L. Caplan, Center for Applied Values and Ethics in Advancing Technology (CAVEAT), Robert Cook–Deegan, MD, Andrea Downing, Elizabeth Dreicer, Nanette Elster, JD, MPH, Linda MacDonald Glenn, JD, Camille Nebeker, EdD, MS, Kayte Spector–Bagdady, JD, Paul Root Wolpe, Ph.D. (Sant, John) (Entered: 07/09/2025) |
| 07/10/2025 | 38 | NOTICE of Filing Deficiency re 33 MOTION for Disclosure *//Corporate Disclosure Statement* filed by Appellee 23andMe Holding Co.. In accordance with Eastern District of Missouri Local Rules and the Case Management/Electronic Case Filing (CM/ECF) Procedures Manual, a filing deficiency has been identified as follows: Please fill out and file the Court–provided Disclosure Statement (MOED–0001), which can be found on the Court's website under the Forms section. Additionally, please use the correct filing event, Disclosure Statement, which can be found under Civil – Other Filings – Other Documents. An amended Disclosure Statement must be filed. (ANR) (Entered: 07/10/2025) |
| 07/10/2025 | 39 | NOTICE of Filing Deficiency re 35 Response in Opposition to Motion, filed by Appellee 23andMe Holding Co.. In accordance with Eastern District of Missouri Local Rules and the Case Management/Electronic Case Filing (CM/ECF) Procedures Manual, a filing deficiency has been identified as follows: The attorney's signature on the signature block must match the name of the e–filer. *This is an informational notice and no further action is needed at this time.* All future filings must be in compliance with this rule. (ANR) (Entered: 07/10/2025) |
| 07/10/2025 | 40 | **[Document refiled in error. Duplicate copy of # 35 .]** RESPONSE in Opposition re 1 Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 25–40976. *to the People of the State of California's Emergency Motion for a Stay Pending Appeal* filed by Appellee 23andMe Holding Co.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Riske, Thomas) Modified on 7/10/2025 (BRP). (Entered: 07/10/2025) |
| 07/10/2025 | 41 | SUPPLEMENTAL re 40 Response in Opposition to Motion, *Amended Exhibit B* by Appellee 23andMe Holding Co.. (Riske, Thomas) (Entered: 07/10/2025) |
| 07/10/2025 | 42 | AMENDED DISCLOSURE STATEMENT by 23andMe Holding Co., GSK plc. (Riske, Thomas) Modified on 7/11/2025 (ANR). (Entered: 07/10/2025) |

| 07/10/2025 | 43 | MOTION for Leave to Appear Pro Hac Vice Jeffrey Recher. The Certificate of Good Standing was attached.(Filing fee $150 receipt number AMOEDC–11357999) by Debtor 23andMe Holding Co., Appellee 23andMe Holding Co.. (Attachments: # 1 Certificate of Good Standing)(Recher, Jeffrey) (Entered: 07/10/2025) |
|---|---|---|
| 07/10/2025 | 44 | MOTION for Leave to Appear Pro Hac Vice Christopher Hopkins. The Certificate of Good Standing was attached.(Filing fee $150 receipt number AMOEDC–11358032) by Debtor 23andMe Holding Co., Appellee 23andMe Holding Co.. (Attachments: # 1 Certificate of Good Standing)(Hopkins, Christopher) (Entered: 07/10/2025) |
| 07/10/2025 | 45 | DISCLOSURE STATEMENT by TTAM Research Institute, TTAM Research Company, LLC, TTAM Employee Company, LLC.. (Unseth, David) (Entered: 07/10/2025) |
| 07/10/2025 | 46 | Appellee's BRIEF re 8 Emergency MOTION to Stay Pending Appeal by 23andMe Holding Co. . (Attachments: # 1 Exhibit A)(Riske, Thomas) Modified on 7/11/2025 (ANR). (Entered: 07/10/2025) |
| 07/10/2025 | 47 | ENTRY of Appearance by Martin J. Buckley for Consolidated Filer Center for Applied Values and Ethics in Advancing Technology (CAVEAT). (Buckley, Martin) (Entered: 07/10/2025) |
| 07/10/2025 | 48 | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before District Judge Matthew T. Schelp: In Court Hearing held on 7/10/2025. The Court hears arguments from counsel. The Court rules from the bench. Order to issue. (Court Reporter:Pamela Harrison, Pamela_Harrison@moed.uscourts.gov, 314–244–7987) (proceedings started: 2:03 PM) (proceedings ended: 3:13 PM) (Deputy Clerk: B. Porter)(Appearance for Appellants: Bernard Eskandari, Martin Buckley; John Sant Jr.)(Appearance for Appellee: Christopher Hopkins, Jeffrey Recher, Thomas Riske) (Appearance for Interested Parties: Katherine Spewak; David Unseth; Joseph Larkin) (BRP) (Entered: 07/10/2025) |
| 07/10/2025 | 49 | ORDER: For the reasons explained on the record in the hearing held in this matter this same date, IT IS HEREBY ORDERED that Appellants' Motions for Stay Pending Appeal in this consolidated matter are DENIED. IT IS FURTHER ORDERED that, to allow Appellants the ability to seek review in the United States Court of Appeals, the Administrative Stay previously entered in this matter preventing any transfer of identifiable California consumer biological samples and genetic data, see Doc. 10 , shall remain in effect until 11:59 p.m. CDT on Friday, July 11, 2025, at which point such administrative stay will terminate automatically. See Brady v. Nat'l Football League, 638 F.3d 1004, 1005 (8th Cir. 2011) (recognizing that the "purpose" of an administrative stay is "to give the court sufficient opportunity to consider the merits of the motion for a stay pending appeal"); United States v. Texas, 144 S. Ct. 797, 798 (2024) (Barrett, J., concurring) (recognizing administrative stays do not reflect a court's "consideration of the merits" of an appellant's motion); Fed. R. App. P. 8(a)(1)(A) (recognizing that a district court may "stay" a "judgment or order" pending appeal); cf. Fed. Bank. R. 6004(h), 6006(d). Signed by District Judge Matthew T. Schelp on July 10, 2025. (BRP) (Entered: 07/10/2025) |
| 07/10/2025 | 50 | MOTION for Leave to Appear Pro Hac Vice William Clareman. The Certificate of Good Standing was attached.(Filing fee $150 receipt number AMOEDC–11359115) by Debtor 23andMe Holding Co., Appellee 23andMe Holding Co.. (Attachments: # 1 Certificate of Good Standing)(Clareman, William) (Entered: 07/10/2025) |
| 07/10/2025 | 51 | |

| | | TRANSCRIPT ORDER REQUEST for 48 (entire proceeding on 7/10/25 hearing) by 23andMe Holding Co.. (Wallace, Nathan) (Entered: 07/10/2025) |
|---|---|---|
| 07/10/2025 | 52 | TRANSCRIPT ORDER REQUEST for 48 *(entire proceeding on 07/10/2025 hearing)* by The People of the State of California. (Nadal, Daniel) (Entered: 07/10/2025) |
| 07/10/2025 | 53 | Docket Text ORDER Re: 44 MOTION for Leave to Appear Pro Hac Vice Christopher Hopkins; 43 MOTION for Leave to Appear Pro Hac Vice Jeffrey Recher; 50 MOTION for Leave to Appear Pro Hac Vice William Clareman; 34 MOTION for Leave to Appear Pro Hac Vice Maeghan J. McLoughlin; ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 7/10/2025. (BRP) (Entered: 07/10/2025) |
| 07/10/2025 | 54 | TRANSCRIPT ORDER REQUEST for 48 (entire proceeding on 7/10/25 hearing) by TTAM Research Institute. (Spewak, Katherine) (Entered: 07/10/2025) |
| 07/10/2025 | 55 | NOTICE OF APPEAL as to 49 Order,,,,, by Appellant The People of the State of California. Filing fee $ 605, receipt number AMOEDC–11359297. (Attachments: # 1 Doc 49 – Order) (Entered: 07/10/2025) |
| 07/10/2025 | 57 | TRANSCRIPT of 48 (MOTION HEARING) held on 7/10/2025 before Judge Schelp. Court Reporter/Transcriber Pamela Harrison, Pamela_Harrison@moed.uscourts.gov, 314–244–7987. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/31/2025. Redacted Transcript Deadline set for 8/11/2025. Release of Transcript Restriction set for 10/8/2025. (KXS) (Entered: 07/11/2025) |
| 07/10/2025 | 58 | Initial Notification from USCA for 55 Notice of Appeal filed by The People of the State of California; USCA Appeal Number: 25–2361(ANR) (Entered: 07/11/2025) |
| 07/10/2025 | 59 | Briefing Schedule from USCA for 55 Notice of Appeal filed by The People of the State of California; USCA Appeal Number: 25–2361; Transcript due: 08/19/2025 (See attached document for all other deadlines.)(ANR) (Entered: 07/11/2025) |
| 07/11/2025 | 56 | NOTIFICATION OF APPEAL AND NOA SUPPLEMENT by clerk to USCA regarding 49 Order. Notice of Appeal filed on 7/10/25 by Appellant The People of the State of California. NOTIFICATION TO COUNSEL AND PRO SE PARTY: FILE REQUEST FOR TRANSCRIPT WITH DISTRICT COURT CLERKS OFFICE.(JWD) (Entered: 07/11/2025) |
| 07/11/2025 | 60 | NOTICE OF APPEAL as to 49 Order by Consolidated Filers Lisa A. Berkley, PhD, Arthur L. Caplan, Alexander M. Capron, Center for Applied Values and Ethics in Advancing Technology (CAVEAT), Robert Cook–Deegan, MD, Andrea Downing, Elizabeth Dreicer, Nanette Elster, JD, MPH, Linda MacDonald Glenn, JD, Camille Nebeker, EdD, MS, Kayte Spector–Bagdady, JD, Paul Root Wolpe, Ph.D. Filing fee $ 605 paid (Receipt AMOEDC–11360590). (Attachments: # 1 Exhibit A)(KXS) (Entered: 07/11/2025) |
| 07/11/2025 | 61 | NOTIFICATION OF APPEAL AND NOA SUPPLEMENT by clerk to USCA regarding 49 Order. Notice of Appeal filed on 7/11/25 by Consolidated Filer Plaintiffs Lisa A. Berkley, PhD, Arthur L. Caplan, Alexander M. Capron, Center for Applied Values and Ethics in Advancing Technology (CAVEAT), Robert Cook–Deegan, MD, Andrea Downing, Elizabeth Dreicer, Nanette Elster, JD, MPH, Linda MacDonald Glenn, JD, Camille Nebeker, EdD, MS, Kayte Spector–Bagdady, JD, Paul Root |

| | | |
|---|---|---|
| | | Wolpe, Ph.D.. NOTIFICATION TO COUNSEL AND PRO SE PARTY: FILE REQUEST FOR TRANSCRIPT WITH DISTRICT COURT CLERKS OFFICE.(JWD) (Entered: 07/11/2025) |
| 07/11/2025 | 62 | ENTRY of Appearance by Adrian P. Sulser for Consolidated Filer Plaintiffs Lisa A. Berkley, PhD, Arthur L. Caplan, Alexander M. Capron, Center for Applied Values and Ethics in Advancing Technology (CAVEAT), Robert Cook–Deegan, MD, Andrea Downing, Elizabeth Dreicer, Nanette Elster, JD, MPH, Linda MacDonald Glenn, JD, Camille Nebeker, EdD, MS, Kayte Spector–Bagdady, JD, Paul Root Wolpe, Ph.D.. (Sulser, Adrian) (Entered: 07/11/2025) |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, *et al.*, | ) <br> ) <br> ) |
| Appellants, | ) <br> ) |
| vs. | )      Case No. 4:25-cv-0999-MTS <br> ) |
| 23ANDME HOLDING CO., *doing business as* VG ACQUISITION CORP.,| )      Consol. Appeal of 4:25-bk-40976 <br> ) <br> ) |
| Appellee. | ) |

## <u>ORDER</u>

For the reasons explained on the record in the hearing held in this matter this same date,

    **IT IS HEREBY ORDERED** that Appellants' Motions for Stay Pending Appeal in this consolidated matter are **DENIED**.

    **IT IS FURTHER ORDERED** that, to allow Appellants the ability to seek review in the United States Court of Appeals, the Administrative Stay previously entered in this matter preventing any transfer of identifiable California consumer biological samples and genetic data, *see* Doc. [10], shall remain in effect until **11:59 p.m. CDT** on **Friday**, **July 11, 2025**, at which point such administrative stay will terminate automatically. *See Brady v. Nat'l Football League*, 638 F.3d 1004, 1005 (8th Cir. 2011) (recognizing that the "purpose" of an administrative stay is "to give the court sufficient opportunity to consider the merits of the motion for a stay pending appeal"); *United States v. Texas*, 144 S. Ct. 797, 798 (2024) (Barrett, J., concurring) (recognizing administrative stays do not reflect a

court's "consideration of the merits" of an appellant's motion); Fed. R. App. P. 8(a)(1)(A) (recognizing that a district court may "stay" a "judgment or order" pending appeal); *cf.* Fed. Bank. R. 6004(h), 6006(d).

Dated this 10th day of July 2025.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, et. al., | ) ) ) | |
| Appellants, | ) ) | |
| Vs. | ) ) | Case No. 4:25-cv-0999-MTS |
| 23 AND ME Holding Co., d/b/a VG ACQUISITION CORP., | ) ) ) | Consol. Appeal of 4:25-bk-40976 |
| Appellee | ) ) | |

## NOTICE OF APPEAL OF TO THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

COME NOW certain current and former members of 23andMe Holding Co. and Amici Curiae The University of California, Santa Cruz Center for Applied Values and Ethics in the Advancing Technologies (CAVEAT), members of the Global BioData Trust Bioethics Committee (Linda MacDonald Glenn, JD, LLM, Lisa A. Berkley, PhD, Alexander M. Capron, LLB, Camille Nebeker, EdD, MS, Nanette Elster, JD, MPH, Arthur L. Caplan, PhD, Paul Root Wolpe, PhD, Kayte Spector-Bagdady, JD, MBe, Robert Cook-Deacon, M.D., Anrea Downing and Elizabeth Dreicer), by and though counsel, and appeal to the United States Court of Appeals for the Eight Circuit from the Order of the District Court for the Eastern District of Missouri, Eastern Division, entered on July 10, 2025, denying Appellants' Emergency Motion for a Stay Pending Appeal.   A copy of the Order entered on July 10, 2025 (Doc. 49) is attached as Exhibit A.

The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

1

1.      Debtors and Debtors in Possession, represented by:

**CARMODY MCDONALD, P.C.**
Thomas H. Riske       #61838MO
Nathan R. Wallace     #74890MO
Jackson J. Gilkey     #73716MO
120 S. Central Avenue, Suite 1800
St. Louis MO 63105
Telephone:     (314) 854-8600
Facsimile:     (314) 854-8660
thr@carmodymacdonald.com
nrw@carmodymacdonald.com
jjg@carmodymacdonald.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISION LLP**
Paul M. Basta
Christopher Hopkins
William A. Clareman
Jeffrey J. Recher
Lyuba Shamailova
1285 Avenue of the Americas
New York, NY 10019
Telephone:     (212) 373-3000
Facsimile:     (212) 75703990
pbasta@paulweiss.com
chopkins@paulweiss.com
wclareman@paulweiss.com
jrecher@paulweiss.com
lshamailova@paulweiss.com

2.      Interested party, TTAM Research Institute, represented by:

**BRYAN CAVE LEIGHTON PAISNER LLP**
David M. Unseth       #48086MO
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO  63102
Telephone:     (314) 259-2000
Facsimile:     (314) 259-2020
david.unseth@bclplaw.com

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Jospeh O. Larkin (admitted pro hace vice)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Telephone:    (302) 651-3000
Facsimile:    (302) 651-3001

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani
Kenneth Hershey
Emma McCabe
295 Fifth Avenue
New York, NY  10016
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

and

Cameron Kelly
700    Louisiana Street, Suite 3900
Houston, TX  77002
Telephone:    (713) 221-7000
Facsimile:    (713) 221-7100

3.      **California Department of Justice/Attorneys for the People of the State of California**
Rob Bonta
Attorney General
Nicklas A. Akers          #21222CA
Senior Assistant Attorney General
Bernard A. Eskandari  #244395CA
Stacey D. Schesser         #245735CA
Supervising Deputy Attorneys General
Yen P. Nguyen             #239095CA
Daniel M.B. Nadal        #299661CA
455 Golden Gate Ave., Ste. 11000
San Francisco, CA  941002
Telephone:     (415) 510-3497
Facsimile:     (916) 731-2146
bernard.eskandari@doj.ca.gov
stacey.schesser@doj.ca.gov
titi.nguyen@doj.ca.gov
daniel.nadal@doj.ca.gov

4.      Other parties filed appearances in the District Court.


                                   Respectfully submitted,

                                   **BUCKLEY, ENGELBART & CHAPELL, LLC**

                                   By:  /s/ *Adrian P. Sulser*
                                   Martin J. Buckley        #37000MO
                                   Adrian P. Sulser          #33103
                                   10805 Sunset Office Drive, Suite 401
                                   St. Louis, MO 63127
                                   Telephone:     (314) 621-3434
                                   Facsimile:     (314) 621-3485
                                   mbuckley@buckleylawllc.com
                                   *Attorneys for Appellants CAVEAT and members*
                                   *of the Global BioData Trust Bioethics Committee*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on this 11th day of July, 2025, a copy of the above and foregoing was filed electronically with the Clerk of the Court, using the CM/ECF system, with copies to be served all counsel of record by operation of the Court's electronic filing system.

*/s/  Adrian P. Sulser*                     __

5

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, *et al.*, | ) ) ) | |
| Appellants, | ) ) | |
| vs. | ) ) | Case No. 4:25-cv-0999-MTS |
| 23ANDME HOLDING CO., *doing business as* VG ACQUISITION CORP.,  | ) ) ) | Consol. Appeal of 4:25-bk-40976 |
| Appellee. | ) ) | |

## ORDER

For the reasons explained on the record in the hearing held in this matter this same date,

**IT IS HEREBY ORDERED** that Appellants' Motions for Stay Pending Appeal in this consolidated matter are **DENIED**.

**IT IS FURTHER ORDERED** that, to allow Appellants the ability to seek review in the United States Court of Appeals, the Administrative Stay previously entered in this matter preventing any transfer of identifiable California consumer biological samples and genetic data, *see* Doc. [10], shall remain in effect until **11:59 p.m. CDT** on **Friday**, **July 11, 2025**, at which point such administrative stay will terminate automatically. *See Brady v. Nat'l Football League*, 638 F.3d 1004, 1005 (8th Cir. 2011) (recognizing that the "purpose" of an administrative stay is "to give the court sufficient opportunity to consider the merits of the motion for a stay pending appeal"); *United States v. Texas*, 144 S. Ct. 797, 798 (2024) (Barrett, J., concurring) (recognizing administrative stays do not reflect a

**EXHIBIT A**

court's "consideration of the merits" of an appellant's motion); Fed. R. App. P. 8(a)(1)(A) (recognizing that a district court may "stay" a "judgment or order" pending appeal); *cf.* Fed. Bank. R. 6004(h), 6006(d).

Dated this 10th day of July 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

## US Court of Appeals - Eighth Circuit
## NOA Supplement

**Caption:**                                                                    **USCA#:**

The People of the State of California v. 23andMe Holding Co,

**Case Number:**

4:25-CV-00999 MTS

**Plaintiff:**
The University of California, Santa Cruz Center for Applied
Values and Ethics in the Advancing Technologies (CAVEAT)
et al

**Defendant:**

23andMe Holding Co.

**Attorney:**                                                                  **Attorney:**

SEE DOCKET SHEET                                                    SEE DOCKET SHEET

**Court Reporter(s):**                          Please return files and documents to:

Pamela Harrison                                Clerk for Eastern District of Missouri

                                               Person to contact about the appeal:

                                               Jason Dockery at 314-244-7935

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | [PAID | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | No | No | No |

## Criminal Cases/Prisoner Pro Se  Cases Only:

Is defendant incarcerated?:  No      Where:

## Please list all other defendants in this case if there were multiple defendants: