# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2370

In re: 23andMe Holding Co.

------------------------------

The People of the State of California, et al.

JD Linda MacDonald Glenn, et al.

Appellants

v.

23andMe Holding Co., doing business as VG Acquisition Corp.

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:25-cv-00999-MTS)
_____

**ORDER**

Appellants' motion to file brief out of time is granted. Appellants' alternative request for an extension of time to file brief is granted in part. Appellants may have until October 8, 2025 to file the brief. Appendix due on October 8, 2025.

September 08, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
     /s/ Susan E. Bindler