# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2370

In re: 23andMe Holding Co.

------------------------------

The People of the State of California and Official Committee of Unsecured Creditors

Center for Applied Values and Ethics in Advancing Technology (CAVEAT), et al.

Appellants

v.

23andMe Holding Co., doing business as VG Acquisition Corp.

Appellee

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:25-cv-00999-MTS)

___

### MANDATE

In accordance with the judgment of October 14, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 14, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit